```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| MYRTLE ATKINSON,<br>             Plaintiff,<br><br>    v.<br><br>UNITED STATES AUTOMOBILE<br>ASSOCIATION,<br>             Defendant. | CIVIL ACTION<br><br><br><br><br>NO.  19-453 |

## O R D E R

AND NOW, this      4th      day of November, 2019, it having been reported that the issues between the parties in the above action have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that the above-captioned action is DISMISSED with prejudice pursuant to the agreement of the parties, without costs.

                                        BY THE COURT:

                                        s/ J. Curtis Joyner
                                        _____
                                        J. CURTIS JOYNER, J.